UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUKE J. SONNANBURG,

        Plaintiff,

v.

CAROLYN W. CAROLYN, Acting Commissioner of Social Security,

        Defendant.

Case No. C13-1456-JLR

**ORDER REVERSING AND REMANDING FOR ADDITIONAL PROCEEDINGS**

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's decision is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C § 405(g).

(3)    The Clerk shall send copies of this Order to the parties.

DATED this 4th day of June, 2014.

JAMES L. ROBART
United States District Judge

ORDER REVERSING AND REMANDING FOR ADDITIONAL
PROCEEDINGS - 1